IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00035-WDM-MJW

TRINA L. COFIELD,

    Plaintiff,

v.

MARK NEHLER,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe (doc no 30), issued August 16, 2006, that the case be dismissed without prejudice. Plaintiff has not objected to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the complaint, the order to show cause, and the recommendation. I conclude the recommendation should be accepted. Plaintiff failed to appear at the scheduling conference on May 17, 2006, at the settlement conference for July 18, 2006, at the show cause hearing on August 15, 2006, failed to respond to Magistrate Judge Watanabe's order to show cause why the case should not be dismissed, and failed to comply with disclosure and discovery requirements under Fed. R. Civ. P. 26. I agree with Magistrate Judge Watanabe that dismissal without prejudice is an appropriate sanction in these

circumstances.

However, I will make one modification to the recommendation concerning attorney's fees. I note that the record shows that the order to show cause sent to Plaintiff was returned to the court as undeliverable (doc no. 31) on September 8, 2006. It is the Plaintiff's responsibility to keep the Court informed of valid contact information. Thus, while her failure to appear at the show cause hearing supports the dismissal, I do not believe it appropriate to order her to pay expenses incurred for defense counsel's appearance at the show cause hearing.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Watanabe on August 16, 2006, is accepted with modification.

2. Plaintiff's complaint is dismissed without prejudice.

3. Plaintiff shall pay the reasonable expenses incurred, including attorney fees, by the defendant for his counsel's and representative's appearance at the July 18, 2006 settlement conference.

DATED at Denver, Colorado, this 15th day of December, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge